FILE COPY

No. 07-23-00058-CV

| | | |
|---|---|---|
| Britton Elkins | § | From the County Court at Law No 1 |
|    Appellant | |    of Tarrant County |
| | § | |
| v. | | April 20, 2023 |
| | § | |
| Beacons Sales Acquisition, Inc. | | Opinion Per Curiam |
|    Appellee | § | |

## **J U D G M E N T**

It is hereby ordered, adjudged, and decreed that this appeal be abated and removed from the Court's docket.

o O o